Peter S. Veregge, No. 155,769
  *pveregge@@cislo.com*
Mark D. Nielsen, No. 210,023
  *mnielsen@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for Defendants
BLIZZARD ENERGY INC. and
FRANZISKA SHEPARD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERND SCHAEFERS, | Case No. 20-cv-10710-RGK (ASx) |
| Plaintiff, | [Hon. R. Gary Klausner] |
| vs. | **[PROPOSED] JUDGMENT** |
| BLIZZARD ENERGY INC., a Kansas corporation, FRANZISKA SHEPARD, and DOES 1 through 5, inclusive, | |
| Defendant(s). | |

## [PROPOSED] JUDGMENT

The claims of plaintiff Bernd Schaefers' ("Schaefers") complaint (ECF No. 1) were challenged in the motion to dismiss of defendants Blizzard Energy, Inc. and Franziska Shepard ("Defendants") (ECF No. 25), Hon. R. Gary Klausner, District Judge presiding. On May 28, 2021, having reviewed the fully briefed arguments and evidence of the parties, the Court issued Civil Minutes granting Defendants' Motion to Dismiss (ECF No. 33).

IT IS ORDERED AND ADJUDGED that plaintiff Schaefers take nothing in this Court as to his claims against Defendants, that this action be dismissed, and that, for purposes of this action, in this Court, Defendants are the prevailing parties on all of Schaefers' claims against Defendants.

Date: June 14, 2021

*Gary Klausner*

Hon. R. Gary Klausner
United States District Judge

\\SRV-SQL\TMDocs\21-43678\Proposed Judgment.docx

# PROOF OF SERVICE

I am over the age of eighteen (18) years, employed in the State of California, and not a party to the above-entitled action. My business address is 2829 Townsgate Road, Suite 330, Westlake Village, CA 91361.

On June 11, 2021, I served:

### [PROPOSED] JUDGMENT

addressed as follows to:

>BERND SCHAEFERS
>202 Monte Cristo Place
>Cambria, California 93428
>Telephone: (323)493-4227
>Email: berniebkscambria@outlook.com

☒ **BY MAIL**: I am readily familiar with the Firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on the same day with a postage thereon fully prepaid at Santa Monica, California, in the ordinary course of business. I am aware that, on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing shown on this proof of service.

☒ **BY ELECTRONIC MAIL**: I caused a copy of such document to be sent via electronic mail to the office(s) of the addressee(s) at the email number(s) shown above.

☐ **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand to the person(s) identified above.

I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on June 11, 2021, at Westlake Village, California.

      /s/Desiree Anderson
      Desiree Anderson